ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB 15 2023

Kevin P. Weimer, Clerk
By: Deputy Clerk



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

KIARA PATRICE MOORE
HORACE DONTE DULANEY

Criminal Indictment

No. 1:23-CR-0066

THE GRAND JURY CHARGES THAT:

**Count One**
**(Conspiracy – 18 U.S.C. § 371)**

Beginning on a date unknown, but at least by March 2020, and continuing through at least in or about August 2020, in the Northern District of Georgia and elsewhere, the defendants, KIARA PATRICE MOORE and HORACE DONTE DULANEY, and others known and unknown to the grand jury, did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with one another, to violate Title 18, United States Code, Section 924(a)(1)(A), that is, to knowingly make a false and fictitious written statement to a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, in connection with the acquisition of a firearm as to facts material to the lawfulness of the sale of a firearm.

Manner and Means

The manner and means used to accomplish the objectives of the conspiracy included, among other means, the following:

1. Defendants KIARA PATRICE MOORE and HORACE DONTE DULANEY unlawfully purchased firearms and attempted to purchase firearms from federal firearms licensees (FFLs) in the Northern District of Georgia.
2. Defendants MOORE and DULANEY completed an ATF Form 4473 at the time of the purchases and attempted purchases of the firearms. ATF Form 4473 is the official firearms transaction record for intrastate, over-the-counter sales and dispositions of firearms, which must be maintained by federally licensed firearms dealers.
3. Defendant DULANEY, when attempting to purchase a firearm, falsely attested in an ATF Form 4473 that he was not a convicted felon, when in fact he was a convicted felon.
4. Defendant MOORE, when purchasing firearms, falsely attested in each ATF Form 4473 that she was the actual transferee and buyer of the firearms, when in fact, she was not the actual purchaser and transferee of the firearms.
5. Defendant MOORE, when purchasing firearms, falsely attested in each ATF Form 4473 that she resided at the address within the Northern District of Georgia listed on the form, when in fact, she did not reside at the listed address.
6. Following the purchases of the firearms in the Northern District of Georgia, defendants MOORE and DULANEY caused the firearms to be transported from the Northern District of Georgia to Winston Salem,

North Carolina and Philadelphia, Pennsylvania, among other out-of-state locations, known and unknown to the grand jury.

7. Several firearms MOORE purchased in the Northern District of Georgia were recovered by law enforcement out-of-state, including in Philadelphia, Pennsylvania, where DULANEY is from.
8. MOORE falsely reported the firearms as stolen.
9. Neither MOORE nor DULANEY was licensed as an importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18 of the United States Code.

Overt Acts

In furtherance of the conspiracy and to accomplish its objectives, the defendants, KIARA PATRICE MOORE and HORACE DONTE DULANEY, and others known and unknown to the grand jury, committed, and caused to be committed, at least one of the following overt acts:

1. On or about March 8, 2020, DULANEY attempted to purchase a Glock, model 44, 22LF caliber pistol from FFL Tom's Guns at the Eastman Gun Show in Marietta, Georgia. DULANEY completed an ATF Form 4473 in which he falsely represented that he was not a convicted felon. DULANEY was denied the ability to purchase the firearm.
2. On or about March 21, 2020, MOORE bought a Taurus G3 nine-millimeter pistol from Range, Guns & Safes, an FFL on Pleasantdale Road in Gwinnett County, Georgia. MOORE completed an ATF Form 4473 in

which she falsely represented that she was the actual transferee and buyer of the firearm.

3. On or about April 15, 2020, MOORE bought the following four firearms from Grove Pawn, an FFL located on Tanger Boulevard, Locust Grove, Georgia: one SCCY Industries, model CPX-2, nine-millimeter pistol; one Taurus, model TH9, nine-millimeter pistol; one Smith & Wesson model M&P Shield, .45 caliber pistol; and one Taurus, model G2 nine-millimeter pistol. MOORE completed an ATF Form 4473 in which she falsely represented that she was the actual transferee and buyer of the firearms.

4. On or about April 30, 2020, MOORE returned to Grove Pawn and purchased one Smith & Wesson, model M&P 40, .40 caliber pistol; one Taurus, model G2C, nine-millimeter pistol; and one Smith & Wesson, model M&P 40 Shield, .40 caliber pistol. MOORE completed an ATF Form 4473 in which she falsely represented that she was the actual transferee and buyer of the firearms.

5. On or about May 19, 2020, MOORE traveled to Highway 81 Pawn, an FFL located on Highway 81 East in McDonough, Georgia and purchased one Mossberg, model 715P, .22 caliber pistol. MOORE completed an ATF Form 4473 in which she falsely represented that she was the actual transferee and buyer of the firearm.

6. On or about May 23, 2020, MOORE returned to Grove Pawn and purchased one American Tactical Imports, model Omni Hybrid, 5.56

caliber pistol. MOORE completed an ATF Form 4473 in which she falsely represented that she was the actual transferee and buyer of the firearm.

7. On or about June 10, 2020, MOORE returned to Grove Pawn and purchased the following five firearms: one Smith & Wesson, model SD40, .40 caliber pistol; one Smith & Wesson, model M&P Shield, .45 caliber pistol; one Glock, model 27, .40 caliber pistol; one Ruger, model Ruger-57, 5.7 caliber pistol; and one Taurus, model G2C, .40 caliber pistol. MOORE completed an ATF Form 4473 in which she falsely represented that she was the actual transferee and buyer of the firearms.

8. On or about July 8, 2020, MOORE returned to Grove Pawn and bought six firearms: one Canik, model TP9SF, nine-millimeter pistol; one Kahr Arms, model CT9 nine-millimeter pistol; two Diamondback Firearms, model DB9, nine-millimeter pistols; one Ruger, model EC9S, nine-millimeter pistol; and one IMI, model Jericho II, nine-millimeter pistol. MOORE completed an ATF Form 4473 in which she falsely represented that she was the actual transferee and buyer of the firearms.

9. On July 27, 2020, MOORE returned to Grove Pawn and purchased eleven firearms: one Smith & Wesson, model 500, .500 caliber revolver; one Smith & Wesson, model M&P 2, .40 caliber pistol; one FN Herstal, model Five Seven, 5.7 caliber pistol; one SCCY Industries, model CPX-1, nine-millimeter pistol; one Taurus, model 605, .357 caliber revolver; one Ruger, model Security 9, nine millimeter pistol; one SCCY Industries, model CPX-2, nine millimeter pistol; one Glock, model 30, .45 caliber pistol; one

Springfield Armory, model XD-S, .45 caliber pistol; one IMI, model Jericho II, nine-millimeter pistol; and one Taurus, model Public, 45/410 revolver. MOORE completed an ATF Form 4473 in which she falsely represented that she was the actual transferee and buyer of the firearms and falsely represented that she resided at 2562 Field Spring Drive in Lithonia, Georgia, an address at which she no longer lived.

10. On August 14, 2020, MOORE, accompanied by DULANEY, returned to Grove Pawn. At Grove Pawn, MOORE displayed a Georgia Carry Permit and purchased six firearms: one Smith & Wesson, model M&P Shield, .45 caliber pistol; one Smith & Wesson, model SD40, .40 caliber pistol; one American Tactical Imports, model DF-12, 12-gauge shotgun; one Taurus, model G2S, .40 caliber pistol; one Taurus, model G2S, .40 caliber pistol; and one Glock, model 43X, nine-millimeter pistol.

11. While at Grove Pawn, DULANEY instructed MOORE to "grab the Glock," and DULANEY paid a portion of the total purchase price for the six firearms. MOORE completed an ATF Form 4473 in which she falsely represented that she was the actual transferee and buyer of the firearms, and falsely represented that she resided at 2562 Field Spring Drive in Lithonia, Georgia.

12. On August 15, 2020, MOORE and DULANEY returned to Grove Pawn. MOORE bought one Glock, model 30, .45 caliber pistol, and one SCCY Industries, model CPX-2, nine-millimeter pistol. MOORE completed an ATF Form 4473 in which she falsely represented that she was the actual

transferee and buyer of the firearm and falsely represented that she resided at 2562 Field Spring Drive in Lithonia, Georgia.

13. On August 20, 2020, MOORE, while accompanied by DULANEY, purchased three firearms from Mikes Gun Room on Athens Street in Winder, Georgia: one Taurus, model G2C, nine-millimeter; one Glock, model G30, .45 caliber pistol; and one FN Herstal, model 509, nine-millimeter pistol. MOORE completed an ATF Form 4473 in which she falsely represented that she was the actual transferee and buyer of the firearm and falsely represented that she resided at 2562 Field Spring Drive, Lithonia, Georgia.

14. That same date, on August 20, 2020, MOORE and DULANEY traveled to Pawn Pro, Inc., an FFL located on Washington Street in Covington, Georgia, where MOORE bought a Century Arms Draco 7.62x39 pistol. MOORE completed an ATF Form 4473 in which she falsely represented that she was the actual transferee and buyer of the firearm and falsely represented that she resided at 2562 Field Spring Drive in Lithonia, Georgia.

15. On this same date, MOORE attempted to buy two small frame Glock .45 caliber pistols but Pawn Pro, Inc. refused to make the sale.

16. On August 20, 2020, MOORE, accompanied by DULANEY, returned to Grove Pawn and bought five firearms: two Glock, model 30, .45 caliber pistols; one Smith & Wesson, model M&P Shield, .45 caliber pistol; and two Smith and Wesson, model M&P 40, .40 caliber pistols. MOORE

completed an ATF Form 4473 in which she falsely represented that she was the actual transferee and buyer of the firearm and falsely represented that she lived at 2562 Field Spring Drive in Lithonia, Georgia.

All in violation of Title 18, United States Code, Section 371.

**Count Two**

**(Making False Statement to Federal Firearms Licensee – 18 U.S.C. § 924(a)(1)(A)**

On or about March 8, 2020, in the Northern District of Georgia, the defendant, HORACE DONTE DULANEY, in connection with the attempted acquisition of a firearm, that is a Glock Model 44 .22LR caliber pistol from Tom's Guns, a federal firearms licensee within the meaning of Chapter 44 of Title 18 of the United States Code, knowingly made a false and fictitious written statement to Tom's Guns, in that the defendant represented that he had not been convicted of a felony offense punishable by more than one year of imprisonment, when in fact, as the defendant then knew, he had been previously convicted of a felony offense, all in violation of Title 18, United States Code, Section 924(a)(1)(A).

**Counts Three through Seven**
**(Making False Statement in Required Information Kept by a Firearms Dealer – 18 U.S.C. § 924(a)(1)(A))**

On or about the date listed in Column B, in the Northern District of Georgia, the defendants, KIARA PATRICE MOORE and HORACE DONTE DULANEY, aided and abetted by each other, in connection with the acquisition of at least one of the following firearms listed in Column D for each count in Column A:

| Column A | Column B | Column C | Column D |
|---|---|---|---|
| **Count** | **Purchase Date** | **FFL** | **Firearms** |
| 3 | March 21, 2020 | Range, Guns & Safes | One (1) Taurus Model, G3, 9 mm pistol |
| 4 | April 15, 2020 | Grove Pawn | One (1) SCCY Industries, model CPX-2, 9 mm pistol;<br>One (1) Taurus, model TH9, 9 mm pistol;<br>One (1) Smith & Wesson model M&P Shield, .45 caliber pistol;<br>One (1) Taurus, model G2S nine-millimeter pistol |
| 5 | April 30, 2020 | Grove Pawn | One (1) Smith & Wesson, model M&P 40, .40 caliber pistol;<br>One (1) Taurus, model G2C, 9 mm pistol;<br>One (1) Smith & Wesson, model M&P Shield, .40 caliber pistol |
| 6 | May 23, 2020 | Grove Pawn | One (1) American Tactical Imports, model Omni Hybrid, 5.56 caliber pistol |
| 7 | June 10, 2020 | Grove Pawn | One (1) Smith & Wesson, model SD40, .40 caliber pistol;<br>One (1) Smith & Wesson, model M&P Shield, .45 caliber pistol; One (1) Glock, model 27, .40 caliber pistol;<br>One (1) Ruger, model Ruger-57, 5.7 caliber pistol; |

| | | | |
|---|---|---|---|
| | | | One (1) Taurus, model G2C, .40 caliber pistol |

did knowingly make a false and fictitious written statement to the licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, listed in Column C, in that defendant KIARA PATRICE MOORE falsely represented that MOORE was the actual buyer of the firearm(s), when, in fact, as MOORE and DULANEY then knew at the time, MOORE was not the actual buyer of the firearm(s), all in violation of Title 18, United States Code, Section 924(a)(1)(A), and Section 2.

**Counts Eight through Fourteen**
**(Making False Statement in Required Information Kept by a Firearms Dealer – 18 U.S.C. § 924(a)(1)(A))**

On or about the date listed in Column B, in the Northern District of Georgia, the defendants, KIARA PATRICE MOORE and HORACE DONTE DULANEY, aided and abetted by each other, in connection with the acquisition of at least one of the following firearms listed in Column D for each count in Column A:

| | | | |
|---|---|---|---|
| 8 | July 8, 2020 | Grove Pawn | One (1) Canik, model TP9SF, 9 mm pistol;<br>One (1) Kahr Arms, model CT9 9 mm pistol;<br>Two (2) Diamondback Firearms, model DB9, nine-millimeter pistols;<br>One (1) Ruger, model EC9S, 9 mm pistol;<br>One (1) IMI, model Jericho II, 9 mm pistol |
| 9 | July 27, 2020 | Grove Pawn | One (1) Smith & Wesson, model 500, .500 caliber revolver;<br>One (1) Smith & Wesson, model M&P 2, .40 caliber pistol; |

| | | | |
|---|---|---|---|
| | | | One (1) FN Herstal, model Five Seven, 5.7 caliber pistol;<br>One (1) SCCY Industries, model CPX-1, 9 mm pistol;<br>One (1) Taurus, model 605, .357 caliber revolver;<br>One (1) Ruger, model Security 9, 9 mm pistol;<br>One (1) SCCY Industries, model CPX-2, 9 mm pistol;<br>One (1) Glock, model 30, .45 caliber pistol;<br>One (1) Springfield Armory, model XD-S, .45 caliber pistol;<br>One (1) IMI, model Jericho II, 9 mm pistol;<br>One (1) Taurus, model Public, 45/410 revolver |
| 10 | August 14, 2020 | Grove Pawn | One (1) Smith & Wesson, model M&P Shield, .45 caliber pistol;<br>One (1) Smith & Wesson, model SD40, .40 caliber pistol;<br>One (1) American Tactical Imports, model DF-12, 12-gauge shotgun;<br>One (1) Taurus, model G2S, .40 caliber pistol;<br>One (1) Taurus, model G2S, .40 caliber pistol;<br>One (1) Glock, model 43X, 9 mm pistol |
| 11 | August 15, 2020 | Grove Pawn | One (1) Glock, model 30, .45 caliber pistol;<br>One (1) SCCY Industries, model CPX-2 9 mm pistol |
| 12 | August 20, 2020 | Mikes Gun Room | One (1) Taurus, model G2C, 9 mm;<br>Glock, model G30, .45 caliber pistol;<br>FN Herstal, model 509, 9 mm pistol |
| 13 | August 20, 2020 | Pawn Pro | One (1) Century Arm Draco 7.62x39 pistol |
| 14 | August 20, 2020 | Grove Pawn | Two (2) Glock, model 30, .45 caliber pistols; |

| | | | |
|---|---|---|---|
| | | | One (1) Smith & Wesson, model M&P Shield, .45 caliber pistol; Two (2) Smith and Wesson, model M&P 40, .40 caliber pistols |

did knowingly make a false and fictitious written statement to the licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, listed in Column C, in that defendant KIARA PATRICE MOORE (1) falsely represented that MOORE was the actual buyer of the firearm(s), when, in fact, as MOORE and DULANEY then knew at the time, MOORE was not the actual buyer of the firearm(s), and (2) falsely represented that MOORE's address was then 2562 Field Spring Drive, Lithonia, Georgia, when, in fact, as MOORE and DULANEY knew at the time, MOORE was not residing at that address, all in violation of Title 18, United States Code, Section 924(a)(1)(A), and Section 2.

**Count Fifteen**
**(Possession of Firearm by Convicted Felon – 18 U.S.C. § 922(g)(1))**

On or about August 20, 2020, in the Northern District of Georgia, the defendant, HORACE DONTE DULANEY, knowing that he had been previously convicted of at least one of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, that is:

- Theft by receiving stolen property in Philadelphia, Pennsylvania on or about January 2, 2002, and
- Simple Assault in Philadelphia, Pennsylvania on or about October 4, 2017

did knowingly possess in and affecting interstate and foreign commerce, at least one of the following firearms, that is:

- One (1) Taurus, model G2C;
- One (1) Romarm/Cugir, model Draco, 7.62 caliber pistol;
- One (1) FN Herstal, model 509, nine-millimeter pistol;
- Two (2) Glock, model 30, .45 caliber pistols;
- One (1) Smith & Wesson, model M&P Shield, .45 caliber pistol; and
- Two (2) Smith and Wesson, model M&P 40, .40 caliber pistols,

all in violation of Title 18, United States Code, Section 922(g)(1).

**Forfeiture**

Upon conviction of one or more of the offenses alleged in Counts One through Fifteen of this Indictment, the defendants, KIARA PATRICE MOORE and HORACE DONTE DULANEY, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offenses.

Additionally, upon conviction of one or more of the offenses alleged in this Indictment, the defendants, KIARA PATRICE MOORE and HORACE DONTE DULANEY, shall forfeit to the United States pursuant to Title 18, United States Code, Section 3665, all firearms under the immediate control of each defendant at the time of his arrest.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: (a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

All pursuant to 21 U.S.C. § 853; 18 U.S.C. § 924(d); and 28 U.S.C. § 2461(c).

A True BILL

FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

Joseph Plummer
JOSEPH PLUMMER
*Assistant United States Attorney*
Georgia Bar No. 003006

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181