IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> KIARA PATRICE MOORE, <br><br> Defendant. | CRIMINAL ACTION FILE <br><br> NO. 1:23-CR-0066-MHC-CCB-1 |

## ORDER

This action comes before the Court on the Final Report and Recommendation ("R&R") of Magistrate Judge Christopher C. Bly [Doc. 69] recommending that Defendant's Motion to Suppress Statements [Doc. 38] be granted. The Order for Service of the R&R [Doc. 70] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days of the receipt of that Order. No objections have been filed within the time permitted.

Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1). Based upon the absence of objections to the R&R, in accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the R&R for plain

error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no clear error and that the R&R is supported by law.

Accordingly, the Court **ADOPTS** the R&R [Doc. 69] as the Opinion and Order of the Court. It is hereby **ORDERED** that Defendant's Motion to Suppress Statements [Doc. 38] is **GRANTED**.

It is further **ORDERED** that the time between the date the Magistrate Judge certified this case as ready for trial on August 23, 2024 [Doc. 38], and the issuance of this Order, shall be excluded in calculating the date on which the trial of this case must commence under the Speedy Trial Act because the Court finds that the delay is for good cause, and the interests of justice in providing Defendant with consideration of his newly filed motion to suppress outweigh the right of the public and the right of the defendant to a speedy trial, pursuant to 18 U.S.C. § 3161 et seq.

**IT IS SO ORDERED** this 9th day of September, 2024.

_____
MARK H. COHEN
United States District Judge